Law Offices of Sklar Smith-Sklar
1901 N. Olden Avenue, Suite 22
Ewing, NJ 08618
(609) 882-9800   Fax: (609) 538-1399
Candyce I. Smith-Sklar, Esq.
Attorney for Debtor, Luis Garro

Order Filed on February 22, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## IN THE UNITED STATES BANKRUPTCY COURT
### District of New Jersey

| | | |
|---|---|---|
| **In the Matter of**: | } | Case No. 17-27560-CMG |
| | } | Chapter 13 |
| Luis Garro | } | |
| | } | |
| | } | |
| **Debtor(s)** | } | |
| | } | |

**ORDER REDUCING/EXPUNGING CLAIMS OF INTERNAL REVENUE SERVICE**

The relief set forth on the following pages, numbered (2) through (2) is hereby **ORDERED.**

**DATED: February 22, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The attorney for the Debtor having filed a motion to reduce/modify claims of the Internal Revenue Service in this Chapter 13 bankruptcy and after notice and opportunity for hearing having been given to all creditors and other parties in interest, and a hearing having been held by the Court, and the Court having considered all applications for allowances,

It is hereby ORDERED that the **unsecured Priority claim no.: 1-3** filed by the Internal Revenue Service ("IRS"), is hereby **reduced to an unsecured Priority claim** in the amount of **$3,763.07** for the 2016 tax period and;

IT IS FURTHER ORDERED AND DIRECTED that the remaining IRS claims for the **2011, 2012 and 2013 Tax periods**, are hereby **reclassified from an unsecured priority claim to general unsecured debt in the amount of $15,902.41.**

IT IS FURTHER ORDERED that the movant shall serve copies of this order on the Debtor, and trustee and any other party who entered an appearance, on this motion.