Law Offices of Sklar Smith-Sklar
1901 N. Olden Avenue, Suite 22
Ewing, NJ 08618
(609) 882-9800  Fax: (609) 538-1399
Candyce I. Smith-Sklar, Esq.
Attorney for Debtor, Luis Garro



Order Filed on February 22, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**IN THE UNITED STATES BANKRUPTCY COURT**
**District of New Jersey**

| | | |
|---|---|---|
| **In the Matter of**: | } | Case No. 17-27560-CMG |
| | } | Chapter 13 |
| Luis Garro | } | |
| | } | |
| | } | |
| **Debtor(s)** | } | |
| | } | |

**ORDER REDUCING/EXPUNGING CLAIMS OF INTERNAL REVENUE SERVICE**

The relief set forth on the following pages, numbered (2) through (2) is hereby **ORDERED.**

**DATED: February 22, 2018**

_Christine M. Gravelle_

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The attorney for the Debtor having filed a motion to reduce/modify claims of the Internal Revenue Service in this Chapter 13 bankruptcy and after notice and opportunity for hearing having been given to all creditors and other parties in interest, and a hearing having been held by the Court, and the Court having considered all applications for allowances,

It is hereby ORDERED that the **unsecured Priority claim no.: 1-3** filed by the Internal Revenue Service ("IRS"), is hereby **reduced to an unsecured Priority claim** in the amount of **$3,763.07** for the 2016 tax period and;

IT IS FURTHER ORDERED AND DIRECTED that the remaining IRS claims for the **2011, 2012 and 2013 Tax periods**, are hereby **reclassified from an unsecured priority claim to general unsecured debt in the amount of $15,902.41.**

IT IS FURTHER ORDERED that the movant shall serve copies of this order on the Debtor, and trustee and any other party who entered an appearance, on this motion.

2

2

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-27560-CMG
Luis Garro                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1            Date Rcvd: Feb 22, 2018
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 24, 2018.
db             +Luis Garro,    325 Thiemarx Terrace,    Skillman, NJ 08558-2633

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2018                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 22, 2018 at the address(es) listed below:
            Albert Russo    docs@russotrustee.com
            Brian C. Nicholas    on behalf of Creditor    Wells Fargo Bank, N.A. bnicholas@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            Candyce Ilene Smith-Sklar    on behalf of Debtor Luis  Garro mail@njpalaw.com
            Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, N.A. dcarlon@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            Jenelle C Arnold    on behalf of Creditor    Wells Fargo Bank, N.A. bkecfinbox@aldridgepite.com,
             jarnold@ecf.inforuptcy.com
            Kevin Gordon McDonald    on behalf of Creditor    Wells Fargo Bank, N.A. kmcdonald@blankrome.com,
             bkgroup@kmllawgroup.com
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 7