Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 17−27560−CMG
        Chapter: 13
        Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Luis Garro
   325 Thiemarx Terrace
   Skillman, NJ 08558

Social Security No.:
   xxx−xx−8255

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 12/19/18 at 09:00 AM

to consider and act upon the following:

*46* − Creditor's Certification of Default (related document:40 Creditor's Certification of Default filed by Creditor Wells Fargo Bank, N.A., 44 Order (Generic)) filed by Denise E. Carlon on behalf of Wells Fargo Bank, N.A.. Objection deadline is 12/5/2018. (Attachments: # 1 Exhibit "A" # 2 Affidavit # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 12/6/18

        Jeanne Naughton
        Clerk, U.S. Bankruptcy Court