Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

Case No.: 17−27560−CMG  
Chapter: 13  
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Luis Garro
   325 Thiemarx Terrace
   Skillman, NJ 08558

Social Security No.:
   xxx−xx−8255

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 12/19/18 at 09:00 AM

to consider and act upon the following:

*46* − Creditor's Certification of Default (related document:40 Creditor's Certification of Default filed by Creditor Wells Fargo Bank, N.A., 44 Order (Generic)) filed by Denise E. Carlon on behalf of Wells Fargo Bank, N.A.. Objection deadline is 12/5/2018. (Attachments: # 1 Exhibit "A" # 2 Affidavit # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 12/6/18

Jeanne Naughton  
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-27560-CMG
Luis Garro                                                              Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Dec 06, 2018
                              Form ID: ntchrgbk        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2018.
db             +Luis Garro,    325 Thiemarx Terrace,    Skillman, NJ 08558-2633

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2018 at the address(es) listed below:
      Albert    Russo    docs@russotrustee.com
      Brian C. Nicholas    on behalf of Creditor    Wells Fargo Bank, N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
      Candyce Ilene Smith-Sklar    on behalf of Debtor Luis  Garro mail@njpalaw.com
      Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Jenelle C Arnold    on behalf of Creditor    Wells Fargo Bank, N.A. bkecfinbox@aldridgepite.com, jarnold@ecf.courtdrive.com
      Kevin Gordon McDonald    on behalf of Creditor    Wells Fargo Bank, N.A. kmcdonald@blankrome.com, bkgroup@kmllawgroup.com
      Sindi  Mncina    on behalf of Creditor    Wells Fargo Bank, N.A. smncina@rascrane.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                       TOTAL: 8