Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−27560−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Luis Garro
  325 Thiemarx Terrace
  Skillman, NJ 08558

Social Security No.:
  xxx−xx−8255

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/26/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: December 26, 2018
JAN: bwj

                                                            Jeanne Naughton
                                                            Clerk

```
                            United States Bankruptcy Court
                                  District of New Jersey

In re:                                                              Case No. 17-27560-CMG
Luis Garro                                                          Chapter 13
       Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                Page 1 of 2            Date Rcvd: Dec 26, 2018
                              Form ID: 148               Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 28, 2018.
db             +Luis Garro,    325 Thiemarx Terrace,    Skillman, NJ 08558-2633
517036722      +A-1 Collections Svc,    101 Grovers Mill Rd Ste,    Lawrenceville, NJ 08648-4706
517036726      +Blue Star Carting, Inc.,    PO Box 4015,    Dunellen, NJ 08812-4015
517036727      +Branning Collision Centers,    98 Crow Hill Road,    Freehold, NJ 07728-8404
517036735      +CNH Capital America, LLC,    233 Lake Ave.,    Racine, WI 53403-1015
517036738      +East Wind Agency,    P.O. Box 1009,    Barnegat, NJ 08005-4009
517036741     ++FOCUS RECEIVABLES MANAGEMENT LLC,    1130 NORTHCHASE PARKWAY STE 150,    MARIETTA GA 30067-6429
               (address filed with court: Focus Receivables Management,    1130 Northchase Parkway, Suite 150,
                 Marietta, GA 30067)
517036749      +Law Offices of Harold Scherr,    1064 Greenwood Blvd, Suite 328,    Lake Mary, FL 32746-5419
517036752     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage,    Attn: Bankruptcy,    350 Highland Drive,
                 Lewisville, TX 75067)
517036753      +Nationstar, servicer forWells Fargo Bank,    c/o KML Law Group, P.C.,
                 216 Haddon Avenue, Ste., 406,    Collingswood, NJ 08108-2812
517036756      +Princeton HealthCare System,    PO Box 8500,    Philadelphia, PA 19178-8500
517036759      +RMS,   PO Box 4647,    Lutherville Timonium, MD 21094-4647
517036761      +Sidetrax, Inc.,    c/o Braff, Harris & Sukoneck,    570 W. Mt. Pleasant Ave.,    P.O. Box 657,
                 Livingston, NJ 07039-0657
517036762      +State of New Jersey,    Department of Labor and Workforce Develo,
                 Office of Special Compensation funds,    P.O. Box 389,   Trenton, NJ 08625-0389
517095853      +WELLS FARGO BANK, NATIONAL ASSOCIATION,    Nationstar Mortgage LLC,    PO Box 619096,
                 Dallas, TX 75261-9096

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 27 2018 00:31:24     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 27 2018 00:31:20     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517036723      +EDI: BANKAMER2.COM Dec 27 2018 04:53:00     Bank Of America,    Po Box 17054,
                 Wilmington, DE 19850-7054
517036724       EDI: BANKAMER2.COM Dec 27 2018 04:53:00     Bank of America,    P.O. Box 15184,
                 Wilmington, DE 19850-5184
517036725      +EDI: BANKAMER2.COM Dec 27 2018 04:53:00     Bank of America,    PO Box 54660,
                 Los Angeles, CA 90054-0660
517036729       EDI: CAPITALONE.COM Dec 27 2018 04:53:00     Capital 1 Bank,    Attn: C/O TSYS Debt Management,
                 Po Box 5155,    Norcross, GA 30091
517036734      +E-mail/Text: peretore@peretore.com Dec 27 2018 00:31:34     CNH Capital America,
                 c/o Peretore & Peretore, PC,    191 Woodport Rd,    Sparta, NJ 07871-2607
517036728      +E-mail/Text: ky@caine-weiner.com Dec 27 2018 00:31:48     Caine & Weiner,
                 9931 Corporate Campus Dr,    Louisville, KY 40223-4035
517036732      +EDI: CHASE.COM Dec 27 2018 04:53:00     Chase,    Attn: Bankruptcy Dept,    Po Box 100018,
                 Kennesaw, GA 30156-9204
517036731       EDI: CHASE.COM Dec 27 2018 04:53:00     Chase,    Bank One Card Serv,    Westerville, OH 43081
517036733      +EDI: CHASE.COM Dec 27 2018 04:53:00     Chase- Bp,    800 Brooksedge Blv,
                 Westerville, OH 43081-2822
517036736      +EDI: CCS.COM Dec 27 2018 04:53:00     Credit Collection Services,    Two Wells Avenue,
                 Newton Center, MA 02459-3246
517036737      +EDI: RESURGENT.COM Dec 27 2018 04:53:00     East Bay Funding,    c/o Resurgent Capital Services,
                 P.O. Box 288,    Greenville, SC 29602-0288
517036739      +E-mail/Text: bknotice@ercbpo.com Dec 27 2018 00:31:29     Enhanced Recovery Company, LLc,
                 8014 Bayberry Road,    Jacksonville, FL 32256-7412
517036740      +EDI: CONVERGENT.COM Dec 27 2018 04:53:00     Er Solutions,    Po Box 9004,
                 Renton, WA 98057-9004
517036742      +EDI: RMSC.COM Dec 27 2018 04:53:00     Gemb/jcp,    Attention: Bankruptcy,    Po Box 103106,
                 Roswell, GA 30076-9106
517036743      +EDI: RMSC.COM Dec 27 2018 04:53:00     Gemb/walmart,    Po Box 981400,    El Paso, TX 79998-1400
517036745      +EDI: HFC.COM Dec 27 2018 04:53:00     HSBC Mortgage Services,    636 Grand Regency Blvd,
                 Brandon, FL 33510-3942
517036744      +EDI: HFC.COM Dec 27 2018 04:53:00     Hsbc Bank,    Attn: Bankruptcy,    Po Box 5253,
                 Carol Stream, IL 60197-5253
517036746       EDI: HFC.COM Dec 27 2018 04:53:00     Hsbc/rs,    Hsbc Retail Services Attn: Bankruptcy,
                 Po Box 15522,    Wilmington, DE 19850
517036747      +EDI: IIC9.COM Dec 27 2018 04:53:00     I C System Inc,    Po Box 64378,
                 Saint Paul, MN 55164-0378
517036748      +EDI: IRS.COM Dec 27 2018 04:53:00     Internal Revenue Service,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
517036750      +EDI: LTDFINANCIAL.COM Dec 27 2018 04:53:00     LTD Financial Services,
                 7322 Southwest Freeway Suite 1600,    Houston, TX 77074-2134
517220813       EDI: RESURGENT.COM Dec 27 2018 04:53:00     LVNV Funding, LLC its successors and assigns as,
                 assignee of CR Evergreen, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
```

```
District/off: 0312-3          User: admin                Page 2 of 2                  Date Rcvd: Dec 26, 2018
                              Form ID: 148               Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
517036751       +E-mail/Text: bknotices@mbandw.com Dec 27 2018 00:31:44      McCarthy, Burgess & Wolf,
                 26000 Cannon Road,    Bedford, OH 44146-1807
517036754        E-mail/Text: bankruptcydepartment@tsico.com Dec 27 2018 00:32:01       NCo financial Systems, Inc,
                 20 East Clementon Road, #102 North,    Gibbsboro, NJ 08026
517036755       +EDI: PRA.COM Dec 27 2018 04:53:00      PRA Receivables Management, LLC,   c/o Beneficial,
                 P.O. Box 41067,   Norfolk, VA 23541-1067
517036757       +E-mail/Text: eciarkowski@natureschoicecorp.com Dec 27 2018 00:31:57       Reliable Wood Products,
                 1 Caven Point Avenue,    Jersey City, NJ 07305-4603
517036760       +EDI: SEARS.COM Dec 27 2018 04:53:00      Sears/cbsd,   Po Box 6189,   Sioux Falls, SD 57117-6189
517036763       +EDI: CITICORP.COM Dec 27 2018 04:53:00      Sunoco/citi,   Po Box 6497,
                 Sioux Falls, SD 57117-6497
517036764        EDI: AISTMBL.COM Dec 27 2018 04:53:00      T-Mobile,   PO Box 742596,   Cincinnati, OH 45274
517036765       +EDI: OPHSUBSID.COM Dec 27 2018 04:53:00      Vanda, LLC,   c/o Weinstein & Riley, P.S.,
                 2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
                                                                                               TOTAL: 32

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517036730      ##+Cbe Group,   131 Tower Park Dr Suite 100,    Waterloo, IA 50701-9374
517036758      ##+Relible Wood Products,    1 Caven Point Avenue,   Jersey City, NJ 07305-4603
                                                                                   TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 26, 2018 at the address(es) listed below:
```
              Albert  Russo    docs@russotrustee.com
              Brian C. Nicholas    on behalf of Creditor   Wells Fargo Bank, N.A. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Candyce Ilene Smith-Sklar    on behalf of Debtor Luis  Garro mail@njpalaw.com
              Denise E. Carlon    on behalf of Creditor   Wells Fargo Bank, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jenelle C Arnold    on behalf of Creditor   Wells Fargo Bank, N.A. bkecfinbox@aldridgepite.com,
               jarnold@ecf.courtdrive.com
              Kevin Gordon McDonald    on behalf of Creditor   Wells Fargo Bank, N.A. kmcdonald@blankrome.com,
               bkgroup@kmllawgroup.com
              Sindi  Mncina    on behalf of Creditor   Wells Fargo Bank, N.A. smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 8
```