UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo
CN 4853
Trenton, NJ   08650
(609) 587-6888
Standing Chapter 13 Trustee

**Order Filed on December 26, 2018**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In re:

Luis Garro

Debtor(s)

Case No.: 17-27560 / CMG

Judge: Christine M. Gravelle

Chapter: 13

## ORDER REGARDING CHAPTER 13 STANDING
## TRUSTEE'S MOTION TO DISMISS OR
## CERTIFICATION OF DEFAULT

The relief set forth on the following page is **ORDERED**.

**DATED: December 26, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter having come before the Court on the Trustee's Certification of Default, and good cause having been shown, it is

**ORDERED** that the case is dismissed.

**IT IS FURTHER ORDERED** that, pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed within 14 days of the date of this order by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

**IT IS FURTHER ORDERED** that any funds held by the Chapter 13 Trustee from payments made on account of the debtor(s) plan shall be disbursed to creditors.

**IT IS FURTHER ORDERED** that any *Order to Employer to Pay to the Chapter 13 Trustee* (wage order) that has been entered in this case is hereby terminated. The employer is authorized to cease wage withholding immediately. The debtor or debtor(s) counsel is hereby authorized to serve this Order upon the appropriate parties.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-27560-CMG
Luis Garro                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin                Page 1 of 1              Date Rcvd: Dec 26, 2018
                               Form ID: pdf903            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 28, 2018.
db             +Luis Garro,    325 Thiemarx Terrace,    Skillman, NJ 08558-2633

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 26, 2018 at the address(es) listed below:
              Albert    Russo     docs@russotrustee.com
              Brian C. Nicholas    on behalf of Creditor   Wells Fargo Bank, N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              Candyce Ilene Smith-Sklar    on behalf of Debtor Luis  Garro mail@njpalaw.com
              Denise E. Carlon    on behalf of Creditor   Wells Fargo Bank, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Jenelle C Arnold    on behalf of Creditor   Wells Fargo Bank, N.A. bkecfinbox@aldridgepite.com, jarnold@ecf.courtdrive.com
              Kevin Gordon McDonald    on behalf of Creditor   Wells Fargo Bank, N.A. kmcdonald@blankrome.com, bkgroup@kmllawgroup.com
              Sindi  Mncina    on behalf of Creditor   Wells Fargo Bank, N.A. smncina@rascrane.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                                     TOTAL: 8